
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED
NOV 20 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>)<br>SCOTT T. HYDEN, a/k/a "TRAVIS," )<br>)<br>Defendant. )<br>)<br>) | CRIMINAL NO. 13-30259-MJR<br><br>Title 18, United States Code,<br>Sections 922(g)(1), 922(g)(3), 922(j),<br>922(x)(1), 924(a)(2), 924(a)(6)(B)(i); and<br><br>Title 21, United States Code, Section 844(a) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
#### POSSESSION OF STOLEN FIREARM

In or about July, 2013, in St. Clair County, within the Southern District of Illinois,

**SCOTT T. HYDEN, a/k/a "TRAVIS,"**

Defendant herein, did knowingly possess a stolen firearm – namely, a Hi-Pointe, 9 mm semi-automatic firearm, serial number P1747798 – which had been shipped and transported in interstate commerce, knowing that the firearm was stolen; all in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

### COUNT 2
#### POSSESSION OF A FIREARM BY FELON

In or about July, 2013, in St. Clair and Madison Counties, within the Southern District of Illinois,

**SCOTT T. HYDEN, a/k/a "TRAVIS,"**

Defendant herein, having been previously convicted of a felony – namely, Criminal Damage to Property, in violation of Illinois Compiled Statutes, Chapter 720, Section 5/21-1(1)(a), in Madison County, Illinois, Case No. 10-CF-1762, on or about March 8, 2011 – did knowingly possess, in and affecting commerce, a firearm – namely, a Hi-Pointe, 9 mm semi-automatic firearm, serial number P1747798; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 3
### POSSESSION OF FIREARM BY USER OF CONTROLLED SUBSTANCE

In or about July, 2013, in St. Clair County, within the Southern District of Illinois,

**SCOTT T. HYDEN, a/k/a "TRAVIS,"**

Defendant herein, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802 - namely, heroin - did knowingly possess, in and affecting commerce, a firearm - namely, a Hi-Pointe, 9 mm semi-automatic firearm, serial number P1747798; all in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## COUNT 4
### POSSESSION OF HEROIN

In or about July, 2013, in St. Clair County, within the Southern District of Illinois,

**SCOTT T. HYDEN, a/k/a "TRAVIS,"**

Defendant herein, did knowingly possess a mixture and substance containing heroin, a Schedule I controlled substance; all in violation of Title 21, United States Code, Section 844(a).

## COUNT 5
### SALE, DELIVERY, TRANSFER OF HANDGUN TO JUVENILE

In or about July, 2013, in Madison County, within the Southern District of Illinois,

**SCOTT T. HYDEN, a/k/a "TRAVIS,"**

Defendant herein, did knowingly sell, deliver, and transfer a handgun – namely, a Hi-Pointe, 9 mm semi-automatic firearm, serial number P1747798 – to a person that he knew and had reasonable cause to believe was a juvenile; all in violation of Title 18, United States Code, Sections 922(x)(1)(A) and 924(a)(6)(B)(i).

**A TRUE BILL**

———————————————
STEPHEN B. CLARK
Assistant United States Attorney

———————————————
STEPHEN R. WIGGINTON
United States Attorney

Recommended Bond: Detention

3