IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
(East St. Louis)

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>        Plaintiff,<br><br>v.<br><br>**SCOTT T. HYDEN,**<br>        Defendant. | Case No. 13-CR-30259-NJR-01<br><br>DATE:  November 21, 2019<br><br>TIME:  1:45 PM – 2:00 PM |

## MINUTES OF HEARING ON PETITION TO REVOKE SUPERVISED RELEASE

**PRESIDING:**  Honorable Nancy J. Rosenstengel, Chief U.S. District Judge

**COURT REPORTER:**  Molly Clayton    **COURTROOM DEPUTY:**  Deana Brinkley

**COUNSEL FOR GOVERNMENT:**  Luke Weissler

**COUNSEL FOR DEFENDANT:**  Todd Schultz

Defendant appears in open court with counsel. Matthew Bochantin appears for the United States Probation Office. Defendant sworn. Defendant advised of charges and penalties.

As to the Petition to Revoke Supervised Release filed by the U.S. Probation Office (Doc. 61), Defendant admits that he violated the conditions listed in the petition.

Government's Exhibit 1 submitted for this hearing and returned to counsel.

Court finds Defendant has not met and complied with conditions of supervised release. Court finds that the Defendant is capable of entering a plea, accepts said guilty plea of Defendant and adjudges the Defendant GUILTY.  Defendant's previously imposed supervised release is REVOKED.

Court finds that the most serious grade violation is a **Grade B,** Criminal History category is **II** and the imprisonment range is **6-12 months**.

The Court sentences the Defendant to **8 months of imprisonment as to Count 3 and 6 months as to Counts 4 and 5, with no term of supervised release to follow.  All counts shall run concurrently.**

Court finds Defendant's financial condition is such that he is unable to pay costs of incarceration or supervision and they are WAIVED.

Defendant is advised of the right to appeal.  The recommendation and sentencing options are sealed.  Defendant is remanded to the custody of USMS.